KENNETH M. SORENSON
United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541 2850
Facsimile:  (808) 541-2958
Email:        jeannette.graviss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL VAITUULALA,<br><br>Defendant. | CASE NO. MJ 26-00746 KJM<br><br>MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES' SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION TO DETAIN; CERTIFICATE OF SERVICE |
| --- | --- |

**MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES'**
**SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION TO DETAIN**

The United States, by and through undersigned counsel, respectfully moves the Court for an order permitting the filing under seal and *ex parte* of its Supplemental Submission in Support of Motion to Detain and Declaration (hereinafter "Detention Supplement").

The government's Detention Supplement contains information that further supports and corroborates the arguments set forth in its Motion to Detain (ECF No. 9). This information, however, is highly confidential as it relates to an ongoing investigation(s), and disclosure to the public or the Defendant may result in the obstruction of justice, lead to the destruction of evidence or tampering of witnesses and jeopardize the safety of confidential sources by prematurely identifying them. Under such circumstances, the Court may receive and consider evidence submitted *in camera* and *ex parte* in consideration of the Defendant's detention pending trial. *See United States v. Terrones*, 712 F. Supp. 786, 790 (S.D. Cal. 1989) (holding that "in rare and unusual cases, *in camera* evidence can be considered in determining whether an individual can be detained without bail pending trial," explaining that consideration of such evidence is not prohibited by the Bail Reform Act, does not run afoul of case law, and does not violate procedural due process).

Accordingly, the government seeks leave to submit its Detention Supplement *ex parte* and under seal for the Court's review in connection with the Defendant's detention hearing.

DATED:  August 10, 2026, at Honolulu, Hawaii.

Respectfully Submitted,

KENNETH M. SORENSON
United States Attorney
District of Hawaii

By: */s/ Jeannette S. Graviss*
      JEANNETTE S. GRAVISS
      Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL VAITUULALA,

Defendant.

CASE NO. MJ 26-00746 KJM

[PROPOSED] ORDER GRANTING MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES' SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION TO DETAIN; CERTIFICATE OF SERVICE

### [PROPOSED] ORDER GRANTING MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES' MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES' SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION TO DETAIN

The United States of America, through counsel, having moved this Court for an order allowing the filing under seal and *ex parte* of its Supplemental Submission in Support of Motion to Detain and Declaration,

NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States' Supplemental Submission in Support of Motion to Detain and Declaration may be filed under seal and *ex parte*.

DATED: _____, at Honolulu, Hawaii.

_____
HONORABLE ROM A. TRADER
United States Magistrate Judge
District of Hawaii

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below,

a true and correct copy of the foregoing was served on the following at their last

known addresses:

Served via CM/ECF

Gary Singh
Attorney for Defendant
MICHAEL VAITUULALA

Served via email

Whitney Nakamura
U.S. PRETRIAL SERVICES
300 Ala Moana Blvd, Rm. 7-222
Honolulu, Hawaii 96850


DATED: August 10, 2026, at Honolulu, Hawaii.

/s/ Jeannette S. Graviss
JEANNETTE S. GRAVISS
Assistant U.S. Attorney