IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL VAITUULALA,<br><br>Defendant. | CASE NO. MJ 26-00746 KJM<br><br>ORDER GRANTING MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES' SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION TO DETAIN; CERTIFICATE OF SERVICE |

## ORDER GRANTING MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES' MOTION TO SEAL AND FILE *EX PARTE* UNITED STATES' SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION TO DETAIN

The United States of America, through counsel, having moved this Court for an order allowing the filing under seal and *ex parte* of its Supplemental Submission in Support of Motion to Detain and Declaration,

NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States' Supplemental Submission in Support of Motion to Detain and Declaration may be filed under seal and *ex parte*.

DATED:  August 11,2026, at Honolulu, Hawaii.



_____
Rom A. Trader
United States Magistrate Judge